NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK E. VAN DYKE,**

*Plaintiff-Appellant*

**v.**

**WAKE FOREST UNIVERSITY HEALTH SCIENCES, KERANETICS, INC., VIRTUE LABS, LLC, LUKE BURNETT, KIM WESTMORELAND, CHARLES W. TODD JOHNSON,**

*Defendants-Appellees*

---

2022-1317

---

Appeal from the United States District Court for the Middle District of North Carolina in No. 1:21-cv-00627-CCE-JLW, Judge Catherine C. Eagles.

---

**JUDGMENT**

---

CHRISTOPHER S. EDWARDS, Ward and Smith, P.A., Wilmington, NC, argued for plaintiff-appellant. Also represented by JOSEPH A. SCHOUTEN, Raleigh, NC.

JOSHUA F.P LONG, Woods Rogers Vandeventer Black PLC, Roanoke, VA, argued for defendant-appellee Wake Forest University Health Sciences. Also represented by

NATHAN EVANS, Charlottesville, VA.

JAMES SHELTON DERRICK, Womble Bond Dickinson (US) LLP, Charlotte, NC, argued for defendants-appellees Keranetics, Inc., Luke Burnett, Kim Westmoreland, Charles W. Todd Johnson.  Also represented by BARRY J. HERMAN, Baltimore, MD; CATHY A. HINGER, Washington, DC.

CULLEN STAFFORD, Wyrick Robbins Yates & Ponton LLP, Raleigh, NC, argued for defendant-appellee Virtue Labs, LLC.  Also represented by CHARLES GEORGE, JENNIFER BLAKELY KIEFER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2023            /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                    Clerk of Court